## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| Adaobi, Ikedilo,<br><br>      Plaintiff,<br> v.<br><br>National Recovery Agency; and<br>DOES 1-10, inclusive,<br><br>      Defendant. | Civil Action No.:  8:10-cv-01431-AW |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: October 13, 2010

                Respectfully submitted,
                By  /s/ Forrest E. Mays_____
                Forrest E. Mays (Bar No. 07510)
                1783 Forest Drive, Suite 109
                Annapolis, MD  21401
                Telephone: (410) 267-6297
                Facsimile: (410) 267-6234
                Email: mayslaw@mac.com

                <u>Of Counsel To</u>
                LEMBERG & ASSOCIATES L.L.C.
                A Connecticut Law Firm
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250
                Facsimile:  (877) 795-3666
                ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 13, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                        By  /s/ Forrest E. Mays_____

                                                           Forrest E. Mays