**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| ADAOBI IKEDILO, | |
| Plaintiff, | |
| v. | Action No. 10-cv-1431—AW |
| NATIONAL RECOVERY AGENCY; AND DOES 1-1-, INCLUSIVE, | |
| Defendant. | |

\*\*\*\*\*\*
**ORDER**

The Court has been advised by Plaintiff that this case should be dismissed pursuant to Federal Rule of Civil Procedure 41(a) (Doc. No. 6).  Accordingly, IT IS this **14th day of October 2010**, by the United States District Court for the District Court of Maryland, hereby **ORDERED** that:

1. This action is **DISMISSED**;

2. The Clerk of the Court **CLOSE** this case**;  AND**

3. The Clerk is directed to transmit a copy of this Order to all parties of record.

                                                                         /s/
                                                   Alexander Williams, Jr.
                                                   United States District Judge